UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

CAROLYN TAAFFE,

                Plaintiff,        09 Civ. 6710 (JGK)

     - against -                 ORDER

LIFE INSURANCE COMPANY OF NORTH
AMERICA,

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to serve any additional discovery requests by **November 13, 2009**. Responses are due **December 4, 2009**.

    The parties are directed to inform the Court whether they consent to trial before the magistrate judge by **November 13, 2009**.

    A conference is scheduled for **January 9, 2010 at 4:30pm**.

SO ORDERED.

Dated:    New York, New York
            October 26, 2009

                                        John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/09